UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 21-03487
SHAWNA SPRAGGINS AND  )  (Jointly Administered)
HENRY WASHINGTON, JR.  )  Chapter: 13
 )  Honorable Jacqueline P Cox
 )
 )
Debtor(s)  )

## ORDER GRANTING MOTION TO INCUR DEBT and TO SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtors' Motion to Incur and Shorten Notice is GRANTED.

2) The Debtors are granted leave to obtain financing in the amount of up to $29,730.16, with financing of an annual percentage rate of up to 20.00%, with monthly payments of up to $399.03 per month for a 2017 Volkswagen Golf S.

3) Debtors' request to shorten the notice requirement is granted.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: September 13, 2021

**Prepared by:**

Robert C. Bansfield Jr. ARDC #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com